

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Minchul Ho, Individually and d/b/a EM
Tech, Appellant

No. 06-20-00061-CV          v.

Benco Machinery, LLC, f/k/a B Tarp
Equipment, LLC, Appellee

Appeal from the 429th District Court of
Collin County, Texas (Tr. Ct. No. 429-
03267-2020).      Memorandum Opinion
delivered by Chief Justice Morriss, Justice
Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court

below.  We affirm the judgment of the trial court.

We further order that the appellant, Minchul Ho, Individually and d/b/a EM Tech, pay all

costs incurred by reason of this appeal.

RENDERED DECEMBER 11, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk